# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JS-6

| | | |
|---|---|---|
| LA TANYA S.,[1] | ) | NO. CV 18-5482-KS |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| ANDREW M. SAUL,[2] Commissioner of Social Security, | ) | |
| Defendant. | ) | |

Pursuant to the Court's Memorandum Opinion and Order,

//
//
//
//
//
//

---

[1] Partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

[2] The Court notes that Andrew M. Saul is now the Commissioner of the Social Security Administration. Accordingly, pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, the Court orders that the caption be amended to substitute Andrew M. Saul for Nancy A. Berryhill as the defendant in this action.

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is affirmed and the above-captioned action is dismissed with prejudice.

DATE: September 10, 2019

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE